

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00152-CV

**IN THE INTEREST OF A.A.**, E.A., T.A., A.A., and L.A.

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-01881
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs of appeal are assessed against appellants.

Dale L. Hill's motion to withdraw as counsel is GRANTED.

Gerald Uretsky's motion to withdraw as counsel is GRANTED.

SIGNED September 11, 2013.

_____
Karen Angelini, Justice